

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States* v. *Nico Burrell* et al.,
            S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter to request that the Court schedule a conference on December 7, 2016, at 11 a.m., for the defendant Michelle Jemison. The Government understands from Your Honor's law clerk that this date and time are available on the Court's calendar.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

                By:   /s/_____
                     Rachel Maimin
                     Micah W.J. Smith
                     Hagan Scotten
                     Jessica Feinstein
                     Drew Johnson-Skinner
                     Assistant United States Attorneys
                     (212) 637-2460

cc:  Joanna Hendon, Esq.